UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 27 2005
Judge David H. Coar
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 04 CR 179-2 |
| JEFFERY LAVERY | ) Judge David H. Coar |

## V E R D I C T

We, the jury, find the defendant, JEFFERY LAVERY, GUILTY as charged in the indictment.

_LeRoy B. Samuel_
FOREPERSON

_[signature]_

_Kimberly Sims_

_[signature]_

_[signature]_

Deborah Scharli

_[signature]_

_[signature]_

_[signature]_

_Julie Margolis_

_[signature]_

_Terrence C. [signature]_

6-27-05
Date