UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFREY LAVERY , ) | No. 04 CR 179-2 |
| ) | |
| Defendant, ) | Judge David H. Coar |
| and ) | |
| ) | |
| FIRST MIDWEST BANK, ) | |
| ) | |
| Garnishee. ) | |

**MOTION FOR ENTRY OF TURNOVER ORDER**

The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court for entry of a turnover order. In support of its motion, the United States states as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against defendant on November 17, 2005. As of June 13, 2006, the defendant has an outstanding balance of $25,752.12, including interest. Interest continues at a rate of 4.3% or $2.95 per day.

2. A citation to discover assets directed to respondent, First Midwest Bank was issued on the judgment on April 6, 2006 and served on April 7, 2006.

3. Pursuant to the citation to discover assets, respondent filed an answer on April 13, 2006. A copy of the answer is attached as Exhibit A. In its answer, respondent stated that, at the time the citation was served, respondent had in its possession or under its control $49,468.80 belonging to the defendant, Jeffrey Lavery . The United States is entitled to the defendant's

nonexempt interest in the funds in respondent's possession. Based upon respondent's answer, the United States is entitled to $25,752.12 plus per diem interest, which represents that portion of the funds being held by First Midwest Bank that will extinguish the judgment debt.

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should be submitted to:

> Clerk of the Court for the Northern District of Illinois
> 219 South Dearborn Street, 20th Floor
> Chicago, Illinois 60604

WHEREFORE, the United States moves for entry of a turnover order directing the respondent, First Midwest Bank to submit to the Clerk of the Court $25,752.12 plus per diem interest, to be applied to the defendant's outstanding assessment and fine.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/Joseph A. Stewart
      JOSEPH A. STEWART
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 469-6008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　)
　　v. )
　　　　　　　　　　　　　　　　)
JEFFREY LAVERY, )
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant, )　No. 04 CR 179-2
and 　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
FIRST MIDWEST BANK, )
　　　　　　　　　　　　　　　　)　Judge David H. Coar
　　Third Party Citation Respondent. )

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, __Krista Carlson__, the __Legal Processor__ of Respondent, __First Midwest Bank__, state
　　(name)　　　　　　　　　　　(title)
under penalty of perjury as follows:

The Respondent is a __Corp__ organized under the laws of the State of __Illinois__
　　　　　　　　(partnership, corporation)

On __April 7, 2006__, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, Jeffrey Lavery, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**

Account type: __Simply Free Checking__

Account No.: __7100828524__

Amount: $ __34,132.60__

Amount withheld: $ __25,300.00__

**Account 2**

Account type: __Statement Savings__

Account No.: __1300662100__

Amount: $ __10,274.54__

Amount withheld: $ __0__


GOVERNMENT EXHIBIT A

**Account 3**

Account type: _BALANCE CHECKING_

Account No.: _2067767_

Amount: $ _5,061.66_

Amount withheld: $ _0_

**Account 4**

Account type: _____

Account No.: _____

Amount: $ _____

Amount withheld: $ _____

2. **Safety Deposit Box**

   Box No.: _____

   Amount: $ _____

   Owners other than the judgment debtor: _____

3. Detail other personal property in the respondent's possession or control:

   _NONE_

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
   Yes ___ No _✓_

   If the answer is yes, describe below.

   _____

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
   Yes ___ No _✓_

   If yes, please describe below (continue on additional sheets if necessary):

   _____

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim: _____

___ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be filed with the Clerk of the Court for the Northern District of Illinois located at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. The Clerk does not charge a fee for filing the Answer. You may file the Answer in person or by mailing the Answer to the Clerk by first-class mail.

8. The Respondent filed the answer with the Clerk and mailed a copy of this Answer by first-class mail to:

(A) the defendant, Jeffrey Lavery, at _16503 OXFORD DRIVE TINLEY PARK, IL 60477_____; and

(B) the attorney for the United States, Joseph A. Stewart, Assistant United States Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 - Attention: Financial Litigation Unit.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct. Executed this _7_ day of _April_, 20_06_.

_Krista Carlson / Krista C_____

(Please print and sign name.)

```
CIS Account Detail
                        Name JEFFERY A LAVERY                              Page  1

    Acct Desc      Acct Number        CD / Note #    Relation   Current Balance
*   BALANCE CHECK    2067767
*   STATEMENT SAV  1300662100                        JOINT (OR)    $5,061.66
P   SIMPLY FREE C  7100828524                        JOINT (OR)   $10,274.54
                                                     SOLE OWNER   $34,132.66




                                  Selected Detail
  Acct #  7100828524
     CD #                    ATM?  N        YTD OD          Int Rate
                        Comb Stat? N        Address on CIS differs?
                             PRA Line                       Maturity
  Open Date 05/21/2004       PRA Balance                       Term

 Enter Data, Tab or Arrow      OneSource  = Print = Press ENTER to Continue
                               4/07/06   4:05 WWS024
```