UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFREY LAVERY, | ) |
| | ) No. 04 CR 179-2 |
| Defendant, | ) |
| and | ) Judge David H. Coar |
| | ) |
| FIRST MIDWEST BANK, | ) |
| | ) |
| Garnishee. | ) |

## NOTICE OF MOTION

To:  See attached service list.

PLEASE TAKE NOTICE that on Wednesday, June 20, 2006 at 9:00 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge David H. Coar in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the attached Motion For Entry of Order of Garnishment, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/Joseph A. Stewart
  JOSEPH A. STEWART
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois  60604
  (312) 469-6008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

  UNITED STATES' MOTION FOR TURNOVER ORDER and
  Notice of Motion

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on April 26, 2006, to the following non-ECF filers:

| | |
|---|---|
| Jeffrey Lavery<br>16503 South Oxford Drive<br>Tinley Park, Illinois 60477 | First Midwest Bank<br>3800 Rock Creek Blvd.<br>Joliet, IL 60432<br>Attn: Krista Carlson |

        By: s/ Joseph A. Stewart
         JOSEPH A. STEWART
         Assistant United States Attorney
         219 South Dearborn Street
         Chicago, Illinois 60604
         (312) 469-6008