UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY LAVERY, | ) | No.  04 CR 179-2 |
| | ) | |
| Defendant, | ) | |
| and | ) | Judge Ooar |
| | ) | |
| FIRST MIDWEST BANK, | ) | |
| | ) | |
| Third Party Citation Respondent. | ) | |

## TERMINATION OF CITATION PROCEEDINGS

_____The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District

of Illinois, terminates the citation proceedings against First Midwest Bank, inasmuch as defendant

has satisfied  the judgment debt and further enforcement against his bank account(s) is no longer

necessary. Therefore, any funds being withheld by the citation respondent may be released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/ Joseph A. Stewart
  JOSEPH A. STEWART
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois  60604
  (312) 469-6008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

UNITED STATES' TERMINATION OF CITATION  PROCEEDINGS

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on July 17, 2006, to the following non-ECF filers:

Jeffrey Lavery
16503 South Oxford Drive
Tinley Park, IL 60477

First Midwest Bank
3800 Rock Creek Boulevard
Joliet, IL  60432
Attn:  Krista Carlson

U.S. Probation Office
Attention:  Cathy Johnson
55 East Monroe, Suite 1500
Chicago, Illinois 60603

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 469-6008