UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | No.   04 CR 179-2 |
| v. ) | |
| ) | |
| JEFFREY LAVERY ) | Judge Coar |
| ) | |
| Defendant ) | |
| ) | |

## RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 04 CR 179-2.  The judgment in the amount of $25,300, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record.  The lien recorded at the Cook County Recorder's Office as document number 0602627040, on January 26, 2006 is hereby released.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


        By: s/ Joseph A. Stewart
         JOSEPH A. STEWART
         Assistant United States Attorney
         219 South Dearborn Street
         Chicago, Illinois  60604
         (312) 469-6008

# CERTIFICATE OF SERVICE

       The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

       RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and was personally given on July 17, 2006 to the following non-ECF filers:

Jeffrey Lavery
16503 South Oxford Drive
Tinley Park, IL  60477

       By: s/ Joseph A. Stewart
        JOSEPH A. STEWART
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois  60604
        (312) 469-6008