UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| ) | CASE NO. 04-CR-179-2 |
| JEFFREY LAVERY ) | |
| Defendant ) | |

## NOTICE OF FILING

TO:   US Attorneys Office
       Attn: Brian R. Havey and Gabriel Fuentes
       219 S. Dearborn St.
       Chicago, IL 60604

PLEASE TAKE NOTICE that on July 11th 2007, the undersigned filed this MOTION TO RELEASE DEFENDANT FROM COMPLETION OF SUPERVISED RELEASE, to be heard before the Honorable Judge David H. Coar on July 19th, 2007 at 9:00am in Room 1419 at 219 S. Dearborn, Chicago, IL 60604 a copy of which is served upon you.

                                                         _____
                                                         Daniel P. Soso

      I, Daniel P. Soso, hereby certify that I served this notice and attached MOTION TO RELEASE DEFENDANT FROM COMPLETION OF SUPERVISED RELEASE by mailing same from the U.S. Mail located at 39 S. LaSalle Street, Chicago, Illinois 60603 to the above named party at the above address on July 11th, 2007.

                                                         _____
                                                       Daniel P. Soso

**Daniel P. Soso**
**Attorney for Defendant**
**39 South LaSalle St., Suite 1400**
**Chicago, IL 60603**
**Telephone: (312) 781-0055**

FILED
JUL 1 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT IN
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. **04-CR-179-2** |
| ) | Judge: David H. Coar |
| **JEFFREY LAVERY** ) | |
| ) | |
| Defendant. ) | |

Daniel P. Soso, Defendant's Attorney
Brian R. Havey and Gabriel Fuentes, AUSA

## DEFENDANT'S MOTION TO RELEASE DEFENDANT FROM COMPLETION OF SUPERVISED RELEASE

NOW COMES, JEFFREY LAVERY. Defendant, by and through his attorney, DANIEL P. SOSO and in and for his Motion states as follows:

1. JEFFREY LAVERY was convicted of three counts of mail fraud under 18U.S.C.§1341 and Judgment was entered on January 6, 2006. (See Exhibit A)

2. Mr. LAVERY has successfully satisfied all of the requirements of his sentence with the exception of completing ten (10) months of his Supervised Release as of July 7, 2007.

3. Mr. Lavery has completed the following requirements of his sentence:

   A. Served four (4) months of imprisonment ending on May 7, 2006. During Mr. Lavery's incarceration he was awarded seven (7) certificates of completion of various

courses offered to him while incarcerated. Furthermore, Mr. Lavery was never cited for any disciplinary infraction during his incarceration and as such was a model prisoner.

  B. Served eight months of electronic monitoring, paying all fees associated therewith when due. Mr. Lavery was never late in returning home from work while under this program.

  C. Has paid in full Twenty-Five Thousand, Three Hundred Dollars ($25,300) criminal monetary penalties and assessments. These payments were made well in advance of their due dates.

  D. Has otherwise fulfilled all requirements of his Sentence without any infractions or delay. Mr. Lavery has contentiously reported to the Probation Office and has never violated any conditions of his sentence including but not limited to passing all random drug tests.

  4. That Mr. Lavery's occupation requires that he possess a Permanent Employee Registration Card with the State of Illinois in order to work in the Fire Alarm Systems Sales field. Mr. Lavery cannot continue to posses the aforementioned registration card if he is on Supervised Release per Illinois Statute.

  5. Mr. Lavery's occupation requires that he travel beyond the jurisdiction of the court on a frequent basis in order to continue his ability to earn a living.

  6. It is necessary for Mr. Lavery to continue in his field, in order to financially support himself, his mother and two disabled brothers. In addition to the aforementioned family members, Mr. Lavery assists in the support of his two daughters.

WHEREFORE, the Defendant, JEFFREY LAVERY hereby prays that this Court will release him from the completion of his remaining 9 and a half months (9.5) of Supervised Release, scheduled to terminate on May 5th, 2008.

Respectfully submitted,

/Daniel P. Soso

Attorney No. 70510
Attorney for Defendant
39 South LaSalle St., Suite 1400
Chicago, IL 60603
Telephone: (312) 781-0055
Fax: (312) 332-0104
E-mail: DanielPSoso@gmail.com