Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 CR 179 - 2 | **DATE** | 7/19/2007 |
| **CASE TITLE** | United States of America vs. Jeffrey Lavery | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/19/2007 regarding # 110. Defendant Jeffrey Lavery's Motion [110] to release defendant from completion of supervised release is Granted. The balance of defendant Jeffrey Lavery's supervised release is terminated.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|